[No. 5353-9-III. Division Three. March 13, 1984.]

DONALD W. FINLEY, *Respondent,* v. KETTLE FALLS
SCHOOL DISTRICT NO. 212, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22552, Michael E. Donohue, J., entered August 17, 1982. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 5484-5-III. Division Three. March 13, 1984.]

KELLY MCNARY, *Appellant,* v. PATRICK KOFMEHL,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-2-02938-2, Richard J. Ennis, J. Pro Tem., entered October 14, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5419-5-III. Division Three. March 13, 1984.]

LINCOLN LANE ADDLEMAN, JR., *Appellant,* v. THE
STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-2-00424-4, Yancey Reser, J., entered September 28, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.